UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BEATRIZ FREITAS,**

        **Plaintiff,**

**v.**                              **Case No.  6:23-cv-1015-CEM-EJK**

**JOHNSON & JOHNSON, INC.
and NEUTROGENA
CORPORATION,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. Plaintiff was required to timely file her Notice of Pendency of Other Actions and Disclosure Statement. (Initial Order, Doc. 5, at 1–2). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 6). Plaintiff has failed to comply, and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1.  This case is **DISMISSED without prejudice**.

2. Any motion for reconsideration must be filed within fourteen days of this order and must include the following: (1) a certification that the lead attorney has personally read the Court's Initial Order and the Local Rules cited therein; (2) an explanation for why the deadline was missed; and (3) as an attachment, all missing filings.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record